35 A.3d 3

COMMONWEALTH of Pennsylvania, Respondent

v.

Jeffrey Wayne BAKER, Petitioner.

Supreme Court of Pennsylvania.

Jan. 6, 2012.

No. 530 MAL 2011.

508

***ORDER***

PER CURIAM.

**AND NOW,** this 6th day of January 2012, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Does the 25–year mandatory minimum sentence of imprisonment imposed under 42 Pa.C.S. § 9718.2 violate Article I, Section 13 of the Pennsylvania Constitution as it is grossly disproportionate to the crime?